UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

CITY OF SACRAMENTO,

    Plaintiff,

    v.

DANIEL JAMES ALTSTATT,

    Defendant.

No. 2:18-cv-0333 MCE GGH

ORDER

---

On November 6, 2018, the magistrate judge to whom this matter was referred issued Findings and Recommendations recommending that this matter, which had been removed from Sacramento Superior Court by defendant Altstatt, be remanded. ECF No. 16. In his recommendations the magistrate judge granted defendant fourteen days from the date of service to file written objections with the court. Id. Defendant has not filed timely objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file and the magistrate judge's findings and recommendations the Court ADOPTS the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to remand this case to Sacramento Superior Court, ECF No. 3, is GRANTED;

2. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: January 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE